UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                 No.  24-MJ-2636

JOSEPH FOSTER,                         ORDER

       Defendant.

-------------------------------------------------------x

        A plea hearing in this case is scheduled to proceed on February 12, 2025, at 2:30 p.m., in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York           _/s/ Laura Taylor Swain_____
       January 30, 2025            LAURA TAYLOR SWAIN
                             Chief United States District Judge